UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. CASEY, as an individual and as a private attorney general on behalf of the general public,<br><br>Plaintiff,<br>v.<br>ROBERT OLSON, an individual, et. al.,<br><br>Defendants. | Civil No. 09cv1111 JAH (POR)<br><br>**ORDER VACATING HEARING** |

The Court deems Defendant Gary Hawley's motion to dismiss (Doc. No. 7) Defendant St. Stephan State Bank's motion to dismiss and to strike (Doc. No. 8), and Defendant Robert Olson's motion to dismiss (Doc. No. 11) suitable for adjudication without oral argument. See CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED Defendants' motions are taken under submission without oral argument and the hearing set for August 24, 2009 is **VACATED**. The Court will issue an order in due course.

DATED: August 17, 2009

*/s/ John A. Houston*

JOHN A. HOUSTON
United States District Judge