UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THOMAS F. CASEY | CASE NO. 09-cv-1111-JAH (POR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS ACTION AS TO DEFENDANT ST. STEPHEN STATE BANK WITH PREJUDICE PURSUANT TO F.R.C.P. §41** |
| ROBERT OLSON, LANCE MORQUE, GARY HAWLEY, AND ST. STEPHEN STATE BANK, et. al. | |
| Defendants. | Judge: Hon. John A. Houston<br>Magistrate Judge: Hon. Louisa S. Porter<br>Ctrm. 11<br>Action Filed: May 21, 2009 |

Pursuant to Federal Rule of Civil Procedure 41 (a) (ii), and based on the stipulated Joint Motion for Dismissal filed by Plaintiff THOMAS F. CASEY and defendant ST. STEPHEN STATE BANK, a Minnesota corporation:

The Court hereby GRANTS the parties' Joint Motion for Dismissal and DISMISSES WITH PREJUDICE the present action as to defendant ST. STEPHEN BANK, a Minnesota corporation, its successors and assigns only.

IT IS SO ORDERED.

Dated:   August 6, 2010

John A. Houston
United States District Judge

1

ORDER GRANTING DISMISSAL WITH
PREJUDICE AS TO ST. STEPHEN STATE BANK             CASE NO. 09-cv-01111-JAH (POR)